UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

No. 15-20127

District Judge John Corbett O'Meara
Magistrate Judge R. Steven Whalen

DANTEZ BECKLEY,

        Defendant.
_____/

**ORDER**

For the reasons and under the terms stated on the record on November 29, 2016, Defendant Dantez Beckley's Motion to Amend Bond Conditions [Doc. #41] is GRANTED to the extent that his curfew shall be from 9 p.m. to 9 a.m. (Or, stated differently, he may be away from his residence from 9 a.m. to 9 p.m.).

If Defendant obtains employment that requires him to be away from his residence before 9 a.m. or after 9 p.m., including travel time, Pretrial Services may change the curfew hours accordingly in order to accommodate Defendant's employment.

IT IS SO ORDERED.

                                                s/ R. Steven Whalen
                                                R. STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE

Dated: November 30, 2016

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on November 30, 2016, electronically and/or by U.S. mail.

                                        s/Carolyn M. Ciesla
                                        Case Manager to the
                                        Honorable R. Steven Whalen